**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-01301-PAB-NYW

JOLIE MBAKU,

    Plaintiff,

v.

ADECCO USA, INC.,
ADECCO EMPLOYMENT, SERVICES, INC.,
CHARLES SCHWAB & CO., INC,
CHARLES SCHWAB BANK,
NATIONAL ASSOCIATION,
CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiff Jolie Mabku's Motion for Leave to Continue Scheduling Conference, filed on August 12, 2015 [#13] (the "Motion"). Pursuant to the Order Referring Case dated June 30, 2015 [#8] and the Memorandum dated August 12, 2015 [#14], the Motion is before this Magistrate Judge.

    IT IS ORDERED that the Motion is GRANTED AS FOLLOWS:

(1) The Scheduling Conference in this matter is hereby re-set to **September 1, 2015 at 11:30 a.m.**

DATED: August 13, 2015