# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01301-PAB-NYW

JOLIE MBAKU,

    Plaintiff,

v.

ADECCO USA, INC.,
ADECCO  EMPLOYMENT SERVICES, INC,
CHARLES SCHWAB & CO., INC.,
CHARLES SCHWAB BANK,
CHARLES SCHWAB BANK,
NATIONAL ASSOCIATION,
CHARLES SCHWAB INVESTMENT ,
MANAGEMENT, INC.,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court Defendant Adecco USA, Inc.'s unopposed Motion for Leave to Continue Scheduling Conference, filed on August 25, 2015 [#20] (the "Motion").  Pursuant to the Order Referring Case dated June 30, 2015 [#8] and the Memorandum dated August 26, 2015 [#22], the Motion is before this Magistrate Judge.

    IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART:

(1) IT IS ORDERED that The Parties' September 1, 2015 Scheduling Conference is hereby VACATED;
(2) IT IS FURTHER ORDERED that a Status Conference in this action is set for **September 1, 2015, at 11:30 a.m.**, including counsel for all Parties who have appeared to date.  Counsel may appear by telephone, and are instructed to jointly call chambers at (303) 335-2600 immediately prior to the Status Conference.

DATED: August 27, 2015