IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-01301-PAB-NYW | Date: November 4, 2015 | |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* | |

| *Parties* | *Attorney(s)* |
|---|---|
| JOLIE MBAKU, | *Claire E. Munger* |
| **Plaintiff,** | |
| v. | |
| ADECCO USA, INC., | *Matthew William Clarke* |
| ADECCO EMPLOYMENT SERVICES, INC., | *Jenna Lilienthal Goldstein* |
| CHARLES SCHWAB & CO., INC., | |
| CHARLES SCHWAB BANK, | |
| CHARLES SCHWAB BANK, NATIONAL ASSOCIATION, | |
| CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., | |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**SCHEDULING CONFERENCE**

Court in Session:  3:33 p.m.

Appearance of counsel.

Discussion held regarding the Unopposed Motion to Dismiss Defendants Adecco Employment Services, Inc; Charles Schwab Bank; Charles Schwab Bank, National Association and Charles Schwab Investment Management, Inc., Without Prejudice and File Amended Complaint [36] filed November 3, 2015.

**ORDERED: The Unopposed Motion to Dismiss Defendants [36] is GRANTED. The caption of the Amended Complaint [36-1] shall be corrected to reflect only Adecco USA,**

**Inc. and Charles Schwab & Co., Inc. as defendants, and Plaintiff will tender a corrected Amended Complaint for filing no later than November 11, 2015.**

**ORDERED:   Plaintiff shall submit a good faith estimate of the computation of damages on or before November 11, 2015.**

Each side is allowed:
Ten (10) depositions; including experts, no deposition may exceed one day of seven hours.

Each party is allowed to every other party:
Twenty-five (25) interrogatories, including discrete subparts;
Twenty-five (25) requests for production of documents;
Twenty-five (25) requests for admissions, excluding those used for authentication of documents.

Deadline for joinder of parties and amendment of pleadings: December 23, 2015.

Discovery cut-off: May 6, 2016.

Dispositive motion deadline: June 10, 2016.

Each side may designate no more than three (3) testifying experts.
All parties shall designate principal experts on or before: March 9, 2016.
All parties shall designate rebuttal experts on or before: April 7, 2016.

Deadline to serve interrogatories, requests for production of documents, and requests for admissions: 45 days prior to discovery cut-off.

A Final Pretrial Conference is set for August 5, 2016, at 9:30 a.m. The parties shall submit their proposed pretrial order, including a copy of the proposed order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, seven days prior to the conference.

Discussion held regarding court process to request mediation or settlement.

Parties should follow the practice standards of the presiding judge in all filings for this case.

Parties are advised of informal discovery dispute process. Before filing discovery motions, counsel are instructed to comply with D.C.Colo.LCivR 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, parties shall initiate a conference call among themselves and then call Magistrate Judge Wang's chambers. If the Court is available, and the matter is simple, she will hear arguments and attempt to mediate a resolution. If the Court is not available, or the matter is more complex, parties shall set a time for an informal discovery conference. Parties may need to submit materials to chambers. Parties are not barred from filing a formal motion, unless the court rules during the informal conference.

The Proposed Scheduling Order is approved and entered with interlineations made by the court.

Court in Recess:  3:58 p.m.        Hearing concluded.        Total time in Court:  00:25

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.