IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01301-PAB-NYW

JOLIE MBAKU,

    Plaintiff,

v.

ADECCO USA, INC. and
CHARLES SCHWAB & CO., INC.,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the parties' Stipulated Joint Motion to Dismiss With Prejudice [Docket No. 64]. The parties request that the Court enter an order dismissing this action with prejudice.

    The motion complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that the "plaintiff may dismiss an action *without a court order* by filing: . . . a stipulation of dismissal signed by all parties who have appeared." (emphasis added). Furthermore, "[*u*]*nless the notice or stipulation states otherwise*, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B) (emphasis added). Here, however, the parties have agreed to the dismissal of this action with prejudice. Therefore, the case was dismissed with prejudice as of the entry of the parties' stipulated joint motion to dismiss with prejudice. No order of dismissal is necessary.

    DATED April 25, 2016.